# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Shaunden S. Bish  
Debtor(s)

CHAPTER 13

BKY. NO. 19-22277 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
10 Dec 2021, 12:44:38, EST

Brian C. Nicholas, Esq. (317240) ☑  
Maria D. Miksich, Esq. (319383) ☐  
Denise Carlon, Esq. (317226) ☐  
Rebecca A. Solarz, Esq. (315936) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com