**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHAUNDEN S BISH | Case No. 19-22277GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>PERITUS PORTFOLIO SERVICES* | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

PENDING SURRENDER OF VEHICLE

PERITUS PORTFOLIO SERVICES*  
PO BOX 141419  
IRVING, TX 75014-1419

Court claim# 18/Trustee CID# 3

The Movant further certifies that on 02/14/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>SHAUNDEN S BISH, 500 ST. THOMAS PLACE, GREENSBURG, PA  15601 | DEBTOR'S COUNSEL:<br>JUSTIN P SCHANTZ ESQ, LAW CARE, 324 S MAPLE AVE 2ND FL, GREENSBURG, PA 15601 |
|---|---|
| ORIGINAL CREDITOR:<br>PERITUS PORTFOLIO SERVICES*, PO BOX 141419, IRVING, TX  75014-1419<br><br>NEW CREDITOR: | |