IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Shaunden S. Bish | : | Bankruptcy No. 19-22277-GLT |
| Debtor | : | Chapter 13 |
| Shaunden S. Bish | : | |
| | : | Related to Documents 111 |
| Movant | : | Document No. 113 |
| v. | : | |
| First national Bank of Pennsylvania, Discover Bank LVNV Funding LLC Resergent, PNC Bank, West Penn Power, Quantum 3 Group LLC as Agent, LCI, Comcast, Portfolio Recovery Associates, Citi Bank Midland Credit Management, and Ronda J. Winnecour Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING DEBTOR FINANCING**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 7, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Service by First Class Mail:

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054

LVNV Funding, LLC Resurgent
Capital Services
P.O. Box 10587
Greenville, SC 29603

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

Quantum3 Group LLC as agent
for Comenity Bank
P.O. Box 788
Kirkland, WA 98083

West Penn Power
5001 NASA Blvd.
Fairmont, WV 26554-8248

Midland Credit Management, Inc.
P. O. Box 2037
Warren, MI 48090-2037

First National Bank of
Pennsylvania
4140 East State St.
Hermitage, PA 16148

LCI
P.O. Box 1931
Burlingame, CA 94011-1931

Citibank, N. A.
701 East 60th St.
North Sioux Falls, SD 57104

LVNV Funding, LLC
P.O. Box 10587
Greenville, SC 29603

Office of the United States
Trustee Liberty Center
1001 Liberty Ave., Suite 970
Pittsburgh, PA 15222

Portfolio Recovery Associates
LLC
P. O. Box 41067
Norfolk, VA 23541

Comcast
P.O. Box 1931
Burlingame, CA 94011

Service by NEF:
Lorraine Gazzara Doyle on behalf of Creditor Lakeview Loan Servicing, LLC., ldoyle@logs.com, logsecf@logs.com

Brian Nicholas on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Shaunden S Bish
jschantz@my-lawyers.us, colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Thomas Song on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Robert P. Wendt on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Charles Griffin Wohlrab on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC, cwohlrab@raslg.com

EXECUTED ON: March 7, 2023

                              By: /s/Justin P. Schantz
                              Law Care
                              David A. Colecchia and Associates
                              324 South Maple Ave.
                              Greensburg, PA 15601
                              724-837-2320
                              PA ID 210198
                              jschantz@my-lawyers.us

**PAWB Local Form 7 (07/13)**