FILED
5/12/23 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Shaunden S. Bish,<br>    Debtor, | Case No. 19-22277-GLT<br>Related to Claim No. 13 |
| Shaunden S. Bish<br>    Movant,<br> V.<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Lakeview Loan Servicing, LLC,<br>    Respondents, | Docket Document No.<br>Related to DD No. 114 |

ORDER OF COURT

AND NOW, this _ 12th Day of May, 2023, upon consideration of the Debtor's Motion to Extend Time to Respond to Notice of Mortgage Payment Change, it is hereby ORDERED that Debtor's Motion is GRANTED.

Debtor shall respond to the Notice of Mortgage Payment Change for Claim no. 13 on or before _ May 22, 2023.

Prepared by: Justin P. Schantz

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22277-GLT |
| Shaunden S Bish | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC cwohlrab@raslg.com |
| Justin P. Schantz | on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us<br>colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us<br>colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Lorraine Gazzara Doyle | on behalf of Creditor Lakeview Loan Servicing LLC. ldoyle@logs.com, logsecf@logs.com |
| Lorraine Gazzara Doyle | |

District/off: 0315-2　　　　　　　　　　　　User: auto　　　　　　　　　　　　Page 2 of 2
Date Rcvd: May 15, 2023　　　　　　　　Form ID: pdf900　　　　　　　　Total Noticed: 1

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ldoyle@logs.com, logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com

TOTAL: 11