IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shaunden S Bish<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Shaunden S Bish<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-22277-glt<br><br>CHAPTER 13 |

## RESPONSE OF NATIONSTAR MORTGAGE LLC AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC TO DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE FILED APRIL 20, 2023

Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC, by and through its counsel, LOGS Legal Group LLP, hereby responds to Debtor's Objection to Notice of Mortgage Payment Change filed April 20, 2023, as follows:

1. Admitted.

2. It is admitted that Debtor so consents.

3. It is admitted that Debtor so alleged.

4. Denied. The document is reduced to writing and the writing speaks for itself. Attached As Exhibit "A" is a true and correct copy of the Notice of Payment Change filed April 20, 2023.

5. Denied as stated. The Escrow analysis is reduced to writing and the writing speaks for itself.

6. It is denied that issues appear in the analysis. A true and correct copy of the Escrow Analysis is attached as Exhibit "B."

7. Denied as stated. The document is reduced to writing and the writing speaks for itself.

8. Denied as stated. The document is reduced to writing and the writing speaks for itself.

.

       9.     Denied as stated. The document is reduced to writing and the writing speaks for itself.

       10.     Denied as stated. The documents are reduced to writing and the writings speak for themselves.

       11.     Denied as stated

       12.     Denied as stated. The April 20, 2023 Notice is reduced to writing and the writing speaks for uitself.is reduced to writing and the writing speaks for itself.

       13.     Denied as stated. The Proof of Claim  is reduced to writing and the writing speaks for itself.

       14.     Respondent is without sufficient information to form a belief as to the truth or falsity of the within averment as to what Debtor considers "substantially current"  in making Plan payments.

       15.     Denied as stated.  Respondent is without sufficient information to form a belief as to Debtor's state of mind, confused or not , and that averment, therefore, is deemed denied.  The remaining averments are specifically denied.

       16.     Denied.  The documents are reduced to writing and the writings speak for themselves. Moreover, Debtor fails to mention the two month escrow reserve permitted by the Real Estate Settlement Procedures Act.

       17. Denied. Respondent is without sufficient information to form a belief as to the truth or falsity of the averment as to what Debtor "believes"  and that/those averment(s) therefore are deemed denied. Y way of additional response, the Notice of April 20, 2023 was/is correct. Respondent will generate a post petition payment history to support its position.  The Debtor and Trustee may have copies as Debtor's counsel requests.

       WHEREFORE, Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC respectfully requests that the Debtor's Objection to Notice of Mortgage Payment Change filed April 20, 2023 be DENIED and DISMISSED.


*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150

King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shaunden S Bish<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-22277-glt |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Shaunden S Bish<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this    5th    day of    June   , 2023:

Shaunden S Bish
500 St. Thomas Place
Greensburg, PA 15601

Justin P. Schantz, Esquire, Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601
jschantz@my-lawyers.us - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shaunden S Bish<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-22277-glt |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br>Shaunden S Bish<br>    Debtor/Respondent,<br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Objection to Notice of Mortgage Payment Change and Respondent Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC's response thereto;

It is hereby ORDERED that Debtor's Objection to Notice of Mortgage Payment Change dated April 20, 2023 is DENIED and DISMISSED, with prejudice.

BY THE COURT:

_____
HONORABLE GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE