FILED
6/29/23 8:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22277-GLT |
| | : | Chapter: | 13 |
| Shaunden S Bish | : | | |
| | : | | |
| | : | Date: | 6/28/2023 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**     #117 - Objection to the Notice of Mortgage Payment Change
                Re: Claim Number 13.
                #119 - Response Filed by Lakeview Loan Servicing

**APPEARANCES**:
            Debtor:      Justin P. Schantz
            Trustee:     Ronda J. Winnecour

**NOTES:**   [9:19]

Schantz: Asking for continuance to review documents that Lakeview sent over. Has most, but not all, documents requested. No payment history (related to post-petition period) yet. Wants to see how escrow has been funded and how payments have been applied. Is in communication with Lakeview.

**OUTCOME:**

1) For the reasons stated on the record, the *Objection to Notice of Mortgage Payment Change* [Dkt. No. 117] is continued to August 9, 2023 at 9 a.m. On or before August 2, 2023, the Debtor shall submit a status report detailing any remaining disputes. On or before July 13, 2023, Lakeview Loan Servicing shall provide the Debtor with a complete loan payment history (spanning June 5, 2019 to the present). [DB to issue paper order; Debtor to serve].

**DATED:** 6/28/2023