Form 600

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Shaunden S Bish**<br>*Debtor(s)* | : | Case No. 19−22277−GLT<br>Chapter: 13 |
| Lakeview Loan Servicing, LLC<br>*Movant(s),* | :<br>:<br>: | |
| v.<br>Shaunden S. Bish<br>*Respondent(s).* | :<br>:<br>:<br>:<br>: | Related to Document No. 117<br><br>Hearing Date: 8/9/23 at 09:00 AM |

**ORDER SCHEDULING DATES FOR RESPONSE
AND HEARING ON MOTION**

*AND NOW,* this ***The 29th of June, 2023***, a ***Objection to Notice of Mortgage Payment Change*** having been filed at Doc. No. 117 by the Debtor,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2)   ***On or before July 13, 2023,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3)   This *Motion* is scheduled for an in−person non−evidentiary hearing on ***August 9, 2023*** at ***09:00 AM*** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

(6) On or before August 2, 2023, the Debtor shall submit a status report detailing any remaining disputes. On or before July 13, 2023, Lakeview Loan Servicing shall provide the Debtor with a complete loan payment history (spanning June 5, 2019 to the present).

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: Shaunden S. Bish
   Justin P. Schantz, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22277-GLT
Shaunden S Bish  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jun 29, 2023     Form ID: 600     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC cwohlrab@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com

Justin P. Schantz
    on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us
    colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Justin P. Schantz
    on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us
    colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Lorraine Gazzara Doyle

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 29, 2023 | Form ID: 600 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Lakeview Loan Servicing  LLC. ldoyle@logs.com, logsecf@logs.com |
| Lorraine Gazzara Doyle | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ldoyle@logs.com, logsecf@logs.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |

TOTAL: 12