UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Shaunden S. Bish,,<br>    Debtor, | Case No. 19-22277-GLT<br>Related to Claim No. 13 |
| Lakeview Loan Servicing, LLC<br>    Movant,<br>    V.<br>Shaunden S. Bish,<br>    Respondents, | Docket Document No. 124<br>Related to DD No. 117 |

STATUS REPORT CONCERNING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

AND NOW Debtor Shaunden S. Bish, through attorney Justin P. Schantz, Esq., files the within Status Report concerning the Objection to the Notice of Mortgage Payment Change filed by Lakeview Loan Servicing, LLC.  In support of said Motion, the Debtor avers the following:

1. This Status Report is being filed pursuant to this Court's Order of June 29, 2023 wherein the Debtor is to alert this Court as to any remaining disputes concerning the Objection on or before August 2, 2023.

2. As part of that Order, this Court directed Lakeview Loan servicing to provide a full post-petition payment history by July 13, 2023.

3. As of the date of this Status Report, Counsel for the Debtor has received evidence that the insurance premium has increased from $1,330 to $1,458 in 2023 – thus, while the pending Notice inaccurately indicated the prior insurance payment, it does accurately state the current insurance premium.

4. However, as of the date of this Report, counsel for the Debtor has not received a payment history from Lakeview Loan Servicing.

5. On or around July 30, 2023, counsel for the Debtor reached out to LOGS Group,

the firm representing Lakeview, to obtain an update concerning such payment history.

6. The Undersigned Counsel did not reach out to lOGS Group concerning this matter before then, as the undersigned Counsel was on vacation from July 18th to July 25th, and then was only able to perform very limited legal work from July 25 until August 30 due to contracting influenza (or a disease nearly identical in symptoms to influenza) during his vacation.

7. Earlier today, LOGS Group responded indicated that it was working with the Creditor to obtain this history.

8. In fairness to LOGS Group, as indicated at DD No. 123, Lorraine Gazza Doyle was removed as counsel for Lakeview and substituted with Christopher DeNardo as of July 11, 2023.

9. Given the debtor does not have a post-petition payment history, he cannot determine the accuracy of the balance of the Notice of Mortgage Payment Change, and thus all issues identified in the original Objection (with the exception of the amount of the insurance policy) remain in dispute.

10. At this time, the Debtor does intend to continue to prosecute the Objection, and to request relief in conformity with said Objection.

WHEREFORE, the Debtor so reports.

Respectfully Submitted,

/s/Justin P. Schantz

Justin P. Schantz, Esquire
Attorney for the Debtor
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
PA ID 210198
724-837-2320
Fax: 724-837-0602
jschantz@my-lawyers.us