IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shaunden S Bish<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-22277-glt |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Shaunden S Bish<br>　　Debtor/Respondent, | Docket #: 127<br><br>Related to Docket #126, 117, 120 |
| Ronda J. Winnecour, Trustee<br>　　Additional Respondent. | |

## CERTIFICATE OF SERVICE

　　I, Christopher A. DeNardo, Esquire, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Motion to Continue Hearing on Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC's Notice of Mortgage Payment Change, and Debtor's Objection, by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 8th day of August, 2023:

Shaunden S Bish
500 St. Thomas Place
Greensburg, PA 15601

Justin P. Schantz, Esquire, Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601
jschantz@my-lawyers.us - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

     I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                       */s/ Christopher A. DeNardo*
                                       Christopher A. DeNardo 78447
                                       LOGS Legal Group LLP
                                       3600 Horizon Drive, Suite 150
                                       King of Prussia, PA 19406
                                       (610) 278-6800
                                       logsecf@logs.com