FILED
9/13/23 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Shaunden S. Bish

Case No. 19-22277-GLT

Chapter 13

Debtor(s).

Related to Docket No. 132

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❏ a motion to dismiss case or certificate of default requesting dismissal

- X  a plan modification sought by:   Debtor

- ❏ a motion to lift stay
  as to creditor  _____

- X  Other:    Debtor must address a Notice of Mortgage Payment Change

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏ Chapter 13 Plan dated _____
X Amended Chapter 13 Plan dated 6/30/2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- X    Debtor(s) Plan payments shall be changed from $ $2,141 to $ 2,175  per month, effective September 2023; and/or the Plan term shall be changed from ____ months to ____ months.

❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before _____.

❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X   Other: <u>Payment to Lakeview Loan Servicing, Claim No. 13, shall increase to $1,476.74 per month, effective June 2023.  Additional payment to Lakeview prior to the date of the stipulation are incorporated into the new Plan Payment.</u>

<u>Debtor shall file an amended Motion for Wage attachment within 7 days of this Stipulation.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 13th Day of September, 2023

Dated: September 13, 2023

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                Stipulated by:

/s/ Justin P. Schantz                         /s/ James C. Warmbrodt
Counsel to Debtor                             Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:    All Parties in Interest to be served by Clerk

[04/22]                              -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shaunden S Bish  
    Debtor

Case No. 19-22277-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 13, 2023      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |
| 15065033 | ++++ | AMERICAN CORADIUS INTERNATIONAL LLC, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International LLC, 35A Rust Lane, Boerne, TX 78006-8202 |
| 15065047 | | Municipal Authority of Westmoreland, County, P.O. Box 800, Greensburg, PA 15601-0800 |
| 15065048 | + | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 15065049 | + | Peoples Natural Gas Company LLC, ATTN: Dawn Lindner, 375 North shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 13 2023 23:51:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 23:51:40 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15084298 | + | Email/Text: documentfiling@lciinc.com | Sep 13 2023 23:38:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15065035 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2023 23:51:34 | Capital One, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15103310 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 23:51:37 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15065036 | + | Email/Text: mediamanagers@clientservices.com | Sep 13 2023 23:38:00 | Client Services Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15065037 | | Email/Text: documentfiling@lciinc.com | Sep 13 2023 23:38:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 15065038 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2023 23:38:00 | Comenity Bank, Bankruptcy Department, PO Box 182273, Columbus, OH 43218-2273 |
| 15065039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2023 23:38:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15069396 | | Email/Text: mrdiscen@discover.com | Sep 13 2023 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15065040 | | Email/Text: mrdiscen@discover.com | Sep 13 2023 23:38:00 | Discover Financial Services, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15065041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 13 2023 23:38:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15065042 | + | Email/Text: Banko@frontlineas.com | | |

Case 19-22277-GLT    Doc 134    Filed 09/15/23    Entered 09/16/23 00:26:19    Desc
                    Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 43 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 13 2023 23:39:00 | Frontline Asset Strategies, 2700 Snelling Ave. N, Suite 250, Saint Paul, MN 55113-1783 |
| 15065043 | + | Email/Text: bankruptcy@affglo.com | Sep 13 2023 23:39:00 | Global Credit & Collection Corporation, 5440 N Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 15065044 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 13 2023 23:38:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15065046 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 23:50:58 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15160068 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 23:51:01 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15075894 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 23:51:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15443135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2023 23:38:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15065045 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 13 2023 23:38:00 | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15100895 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 23:39:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15065048 | ^ | MEBN | Sep 13 2023 23:34:45 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 15318968 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 13 2023 23:39:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15065050 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2023 23:38:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15103335 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2023 23:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15065051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2023 23:51:46 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, SUITE 1, Norfolk, VA 23541 |
| 15104419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2023 23:51:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15097150 | + | Email/Text: ebnpeoples@grblaw.com | Sep 13 2023 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15099978 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2023 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15065052 | + | Email/Text: ngisupport@radiusgs.com | Sep 13 2023 23:38:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15065053 | ^ | MEBN | Sep 13 2023 23:34:04 | Receivable Management Services LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15524497 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2023 23:38:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15065055 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 13 2023 23:50:57 | Sprint, PO Box 629023, El Dorado Hills, CA 95762 |
| 15065054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 23:51:02 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15103566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 23:51:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15065056 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 23:51:36 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |

Case 19-22277-GLT    Doc 134    Filed 09/15/23    Entered 09/16/23 00:26:19    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 43 |

| 15065383 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 23:51:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15081223 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 13 2023 23:39:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15065057 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 13 2023 23:39:00 | West Penn Power, 76 S. Main Street, A-RPC, Akron, OH 44308-1890 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC. |
| 15104609 | | LAKEVIEW LOAN SERVICING LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com |
| Justin P. Schantz | on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 43

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 11