**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/02/2024

IN RE:

SHAUNDEN S BISH
500 ST. THOMAS PLACE
GREENSBURG, PA 15601
XXX-XX-1106          Debtor(s)

Case No. 19-22277 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/2/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SYNC~SCORE REWARDS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 8827 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LAKEVIEW LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number:3   INT %: 5.99%<br>Court Claim Number:18<br>CLAIM:  10,825.16<br>COMMENT:  SURR/OE*10950@5.99%/OE*$@6.25%/PL*CL=15838.73*FR FNB-DOC 92*W/37 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 6616 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:13<br>CLAIM:  0.00<br>COMMENT:  PMT/STIP OE-NMPC*DK4PMT-LMT*BGN 7/19*POA@DOC 102*POA@DOC 105*FR RI | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4358 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  5,434.71<br>COMMENT:  3157~AMERICAN CORADIUS~PAYPAL*FR SYNCHRONY BANK-DOC 59 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5368 |
| **BBY/CBNA**<br>POB 6497<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  3,486.03<br>COMMENT:  NO ACCT~CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9137 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  2,778.58<br>COMMENT:  CITIBANK*BEST BUY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3122 |
| **COMCAST**<br>PO BOX 1931<br>BURLINGAME, CA  94011 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  583.62<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1159 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  1,068.42<br>COMMENT:  VICTORIAS SECRET | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9656 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BIG LOTS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3089 |
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ZALES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 8,193.20<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1195 |
| **GOLDMAN SACHS BANK USA**<br>111 MAIN ST 8TH FL<br>SALT LAKE CITY, UT 84101 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9244 |
| **MUNICIPAL AUTHORITY OF WESTMORELAND C**<br>ATTN BILL PAYMENT CENTER*<br>POB 800*<br>GREENSBURG, PA 15601 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7402 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,349.32<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0797 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 18,938.88<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1476 |
| **RMS++**<br>PO BOX 361598<br>COLUMBUS, OH 43236-1598 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0624 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 4,922.54<br>COMMENT: NO ACCT~SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2450 |
| **SPRINT CORP(*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7282 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  5,372.63<br>COMMENT:  SYNCHRONY~CARE CREDIT COSMETICS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0773 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  4,645.82<br>COMMENT:  NO ACCT~SYNCH BANK~LEVIN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8846 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  3,353.98<br>COMMENT:  NO ACCT~SYNCH BANK~LOWES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2555 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  2,552.58<br>COMMENT:  NO ACCT-SYNCHRONY~SCORE CARD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8827 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  1,024.30<br>COMMENT:  NO ACCT~SYNCH BANK~WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1904 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  4,782.83<br>COMMENT:  SYNCHRONY BANK~HVAC*HOME DESIGN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7307 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  1,161.05<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2749 |
| **FRONTLINE ASSET STRATEGIES LLC**<br>2700 SNELLING AVE N STE 250<br>ROSEVILLE, MN  55113-1783 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GLOBAL CREDIT & COLLECTION CORP++**<br>5440 N CUMBERLAND AVE STE 300<br>CHICAGO, IL  60656 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NATIONAL ENTERPRISE SYSTEMS**<br>29125 SOLON ROAD<br><br>SOLON, OH 44139 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br><br>NORFOLK, VA 23502 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RADIUS GLOBAL SOLUTIONS**<br>PO BOX 390846<br><br>MINNEAPOLIS, MN 55439 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TIMOTHY BISH**<br>307 PENNSYLVANIA AVE<br><br>CHARLEROI, PA 15022 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: REMOVED@PIF/AMD PL*BGN 8/19*DK | CRED DESC: FILING FEES<br>ACCOUNT NO.: 19-22277GLT |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 3,347.40<br>COMMENT: CL13GOV*$CL-PL*THRU 6/19*POA@DOC 102*POA@DOC 105*FR RIGHTPATH-DOC | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4358 |
| **PERITUS PORTFOLIO SERVICES\***<br>PO BOX 141419<br><br>IRVING, TX 75014-1419 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 0.00<br>COMMENT: SURR/OE*SURR@3*4888.73/OE~11/8/19*FR FIRST NATL BK OF PA-DOC 92*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6616 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |