**Fill in this information to identify the case:**

Debtor 1  Shaunden S Bish

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number  19-22277-GLT

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:**  Lakeview Loan Servicing, LLC

**Court claim no.** (if known)  13

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX4358

**Property address:**  500 St Thomas Pl
Number    Street

Greensburg    PA    15601
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on :  10 / 01 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding    + (b) $_____

c. **Total**. Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Debtor 1    <u>Shaunden S Bish</u>                                    Case number (*if known*) <u>19-22277-GLT</u>
           First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

<u>/s/ Roger Fay, Esq., ID No. 315987</u>           Date <u>September 17, 2024</u>
Signature

Print     <u>Roger Fay, Esquire</u>                   Title <u>Attorney for Creditor</u>
         First Name    Middle Name    Last Name

Company    <u>Albertelli Law</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    <u>14000 Commerce Parkway, Suite H</u>
         Number      Street

            <u>Mount Laurel</u>         <u>NJ</u>         <u>08054</u>
         City                 State         ZIP Code

Contact phone: <u>(856) 724-1888</u>               Email: <u>rfay@alaw.net</u>

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Shaunden S Bish, | : | Bankruptcy No.  19-22277-GLT |
|             Debtor, | : | Chapter 13 |
| | : | |
| Lakeview Loan Servicing, LLC, | : | |
|             Secured Creditor, | : | |
| | : | |
| Shaunden S Bish, | : | |
|             Debtor / Respondent, | : | |
| | : | |
| and | : | |
| Ronda J. Winnecour, | : | |
|             Trustee / Respondent. | : | |

**CERTIFICATION OF SERVICE OF
RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 17, 2024.  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

| | |
|---|---|
| Ronda J. Winnecour | Justin P. Schantz |
| Suite 3250, USX Tower | Law Care |
| 600 Grant Street | 324 S. Maple Avenue, 2nd Floor |
| Pittsburgh, PA 15219 | Greensburg, PA 15601 |
| Email: cmecf@chapter13trusteewdpa.com | Email: jschantz@my-lawyers.us |

**Service by First Class Mail:**

Shaunden S Bish
500 St. Thomas Place
Greensburg, PA 15601

Dated:  September 17, 2024

By: /s/ Roger Fay
Signature

Roger Fay, Esquire
Typed Name

14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
Address

(856) 724-1888
Phone No.

315987, Pennsylvania
List Bar I.D. and State of Admission
rfay@alaw.net
**Attorneys for Secured Creditor**
**PAWB Local Form 7 (07/13)**