Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Shaunden S Bish** | : | Case No. 19−22277−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 147 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/27/24 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 26th of September, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 147 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before November 8, 2024*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *November 27, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-22277-GLT |
|---|---|
| Shaunden S Bish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |
| 15065033 | ++++ | AMERICAN CORADIUS INTERNATIONAL LLC, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International LLC, 35A Rust Lane, Boerne, TX 78006-8202 |
| 15065043 | + | Global Credit & Collection Corporation, 5440 N Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 15065047 | | Municipal Authority of Westmoreland, County, P.O. Box 800, Greensburg, PA 15601-0800 |
| 15065049 | + | Peoples Natural Gas Company LLC, ATTN: Dawn Lindner, 375 North shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:54:54 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15084298 | + | Email/Text: documentfiling@lciinc.com | Sep 26 2024 23:59:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15065035 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:04:50 | Capital One, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15103310 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:54:53 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15065036 | + | Email/Text: mediamanagers@clientservices.com | Sep 26 2024 23:59:00 | Client Services Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15065037 | | Email/Text: documentfiling@lciinc.com | Sep 26 2024 23:59:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 15065038 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenity Bank, Bankruptcy Department, PO Box 182273, Columbus, OH 43218-2273 |
| 15065039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15069396 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15065040 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Financial Services, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15065041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 27 2024 00:00:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15065042 | + | Email/Text: Banko@frontlineas.com | Sep 27 2024 00:02:00 | Frontline Asset Strategies, 2700 Snelling Ave. N, Suite 250, Saint Paul, MN 55113-1783 |

Case 19-22277-GLT   Doc 150   Filed 09/28/24   Entered 09/29/24 00:31:22   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15065044 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 00:00:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15065046 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:25:55 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15160068 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:25:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15075894 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:43:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15695644 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:00:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15443135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:00:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15065045 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 27 2024 00:00:00 | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15100895 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2024 00:01:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15065048 | ^ | MEBN | Sep 26 2024 23:51:28 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 15318968 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 27 2024 00:02:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15065050 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15103335 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15065051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:34 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, SUITE 1, Norfolk, VA 23541 |
| 15104419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15097150 | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2024 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15099978 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2024 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15065052 | + | Email/Text: ngisupport@radiusgs.com | Sep 27 2024 00:00:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15065053 | ^ | MEBN | Sep 26 2024 23:50:35 | Receivable Management Services LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15524497 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:00:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15065054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:54:45 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15065055 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 27 2024 00:03:07 | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 15103566 | ^ | MEBN | Sep 26 2024 23:52:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15065056 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:19 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15065383 | ^ | MEBN | Sep 26 2024 23:52:25 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 44 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15081223 | + | Email/Text: bankruptcy@firstenergycorp.com | | Sep 27 2024 00:01:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15065057 | | Email/Text: bankruptcy@firstenergycorp.com | | Sep 27 2024 00:01:00 | West Penn Power, 76 S. Main Street, A-RPC, Akron, OH 44308-1890 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC. |
| 15104609 | | LAKEVIEW LOAN SERVICING LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Justin P. Schantz | on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Justin P. Schantz | on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 44 |

    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com

Roger Fay
    on behalf of Creditor Lakeview Loan Servicing LLC. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com

TOTAL: 12