**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> SHAUNDEN S BISH <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:19-22277 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


September 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/05/2019 and confirmed on 10/28/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 121,467.89 |
| Less Refunds to Debtor | 937.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 120,530.71 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 6,033.02 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,033.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 89,749.37 | 0.00 | 89,749.37 |
|     Acct: 4358 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 3,347.40 | 3,347.40 | 0.00 | 3,347.40 |
|     Acct: 4358 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 10,825.16 | 10,825.16 | 1,479.31 | 12,304.47 |
|     Acct: 6616 | | | | |
| | | | | 105,401.24 |
| **Priority** | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAUNDEN S BISH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAUNDEN S BISH | 937.18 | 937.18 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN P SCHANTZ ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX7GLT | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   LVNV FUNDING LLC | 5,434.71 | 397.68 | 0.00 | 397.68 |
|     Acct: 5368 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LVNV FUNDING LLC | 3,486.03 | 255.09 | 0.00 | 255.09 |
|     Acct: 9137 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,778.58 | 203.32 | 0.00 | 203.32 |
|     Acct: 3122 | | | | |
|   COMCAST | 583.62 | 42.70 | 0.00 | 42.70 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1159 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 1,068.42 | 78.18 | 0.00 | 78.18 |
| | Acct: 9656 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3089 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DISCOVER BANK(*) | 8,193.20 | 599.53 | 0.00 | 599.53 |
| | Acct: 1195 | | | | |
| | GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9244 | | | | |
| | MUNICIPAL AUTHORITY OF WESTMOREL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7402 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,349.32 | 98.73 | 0.00 | 98.73 |
| | Acct: 0797 | | | | |
| | PNC BANK NA | 18,938.88 | 1,385.84 | 0.00 | 1,385.84 |
| | Acct: 1476 | | | | |
| | RMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0624 | | | | |
| | CITIBANK NA** | 4,922.54 | 360.20 | 0.00 | 360.20 |
| | Acct: 2450 | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7282 | | | | |
| | LVNV FUNDING LLC | 5,372.63 | 393.14 | 0.00 | 393.14 |
| | Acct: 0773 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 4,645.82 | 339.95 | 0.00 | 339.95 |
| | Acct: 8846 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 3,353.98 | 245.42 | 0.00 | 245.42 |
| | Acct: 2555 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 2,552.58 | 186.78 | 0.00 | 186.78 |
| | Acct: 8827 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,024.30 | 74.95 | 0.00 | 74.95 |
| | Acct: 1904 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 4,782.83 | 349.98 | 0.00 | 349.98 |
| | Acct: 7307 | | | | |
| | WEST PENN POWER* | 1,161.05 | 84.96 | 0.00 | 84.96 |
| | Acct: 2749 | | | | |
| | PERITUS PORTFOLIO SERVICES* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6616 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8827 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TIMOTHY BISH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRONTLINE ASSET STRATEGIES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GLOBAL CREDIT & COLLECTION CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RADIUS GLOBAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |

19-22277 Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | 5,096.45 |
| **TOTAL PAID TO CREDITORS** | | | | | **110,497.69** |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        14,172.56
UNSECURED     69,648.49


Date: 09/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHAUNDEN S BISH

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22277

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-22277-GLT
Shaunden S Bish  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Sep 26, 2024      Form ID: pdf900      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |
| 15065033 | ++++ | AMERICAN CORADIUS INTERNATIONAL LLC, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International LLC, 35A Rust Lane, Boerne, TX 78006-8202 |
| 15065043 | + | Global Credit & Collection Corporation, 5440 N Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 15065047 | | Municipal Authority of Westmoreland, County, P.O. Box 800, Greensburg, PA 15601-0800 |
| 15065049 | + | Peoples Natural Gas Company LLC, ATTN: Dawn Lindner, 375 North shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:44:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:44:12 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15084298 | + | Email/Text: documentfiling@lciinc.com | Sep 26 2024 23:59:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15065035 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:25:05 | Capital One, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15103310 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:26:08 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15065036 | + | Email/Text: mediamanagers@clientservices.com | Sep 26 2024 23:59:00 | Client Services Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15065037 | | Email/Text: documentfiling@lciinc.com | Sep 26 2024 23:59:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 15065038 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenity Bank, Bankruptcy Department, PO Box 182273, Columbus, OH 43218-2273 |
| 15065039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15069396 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15065040 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Financial Services, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15065041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 27 2024 00:00:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15065042 | + | Email/Text: Banko@frontlineas.com | Sep 27 2024 00:02:00 | Frontline Asset Strategies, 2700 Snelling Ave. N, Suite 250, Saint Paul, MN 55113-1783 |

| District/off: 0315-2 | User: auto | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 15065044 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 00:00:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15065046 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:25:34 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15160068 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:43:51 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15075894 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:25:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15695644 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:00:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15443135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:00:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15065045 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 27 2024 00:00:00 | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15100895 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2024 00:01:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15065048 | ^ | MEBN | Sep 26 2024 23:51:29 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 15318968 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 27 2024 00:02:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15065050 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15103335 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15065051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:18 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, SUITE 1, Norfolk, VA 23541 |
| 15104419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15097150 | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2024 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15099978 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2024 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15065052 | + | Email/Text: ngisupport@radiusgs.com | Sep 27 2024 00:00:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15065053 | ^ | MEBN | Sep 26 2024 23:50:34 | Receivable Management Services LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15524497 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:00:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15065054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:54:59 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15065055 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 27 2024 00:03:48 | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 15103566 | ^ | MEBN | Sep 26 2024 23:52:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15065056 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:04:27 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15065383 | ^ | MEBN | Sep 26 2024 23:52:27 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15081223 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2024 00:01:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15065057 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2024 00:01:00 | West Penn Power, 76 S. Main Street, A-RPC, Akron, OH 44308-1890 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC. |
| 15104609 | | LAKEVIEW LOAN SERVICING LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Sep 28, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Justin P. Schantz | on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Justin P. Schantz | on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: auto | Page 4 of 4
--- | --- | ---
Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 44

    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Roger Fay
    on behalf of Creditor Lakeview Loan Servicing  LLC. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 12