Certificate Number: 15111-PAW-DE-038933884

Bankruptcy Case Number: 19-22277



15111-PAW-DE-038933884

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2024, at 2:23 o'clock PM EDT, Shaunden S Bish completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 4, 2024                By:   /s/Hasan Bilal for Ryan McDonough

                                       Name:   Ryan McDonough

                                       Title:   Executive Director of Education