IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Shaunden S. Bish,<br>　　　　　　　Debtor,<br><br>Shaunden S. Bish,<br>　　　　　　　Movant,<br><br>　　　v. | Bankruptcy No.  19-22277-GLT<br><br>Chapter 13 |

No Respondents

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 4, 2024 and October 7, 2024, at docket numbers 153 and 154 Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

   Dated:　　October 7, 2024

　　　　　　　　　　　　　　　　　　　　　By Justin P. Schantz
　　　　　　　　　　　　　　　　　　　　　PA I.D. 210198
　　　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　　　324 S. Maple Avenue
　　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　　724-837-2320
　　　　　　　　　　　　　　　　　　　　　Fax : 724-837-0602
　　　　　　　　　　　　　　　　　　　　　Email: jschantz@my-lawyers.us

**PAWB Local Form 24 (07/13)**