**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shaunden S Bish** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1106 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–22277–GLT | |

## Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shaunden S Bish

<u>11/12/24</u>                                                                   **By the court:** <u>Gregory L Taddonio</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support
   obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified
   in 11 U.S.C. §§ 507(a)(8)( C),
   523(a)(1)(B), or 523(a)(1)(C) to the
   extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22277-GLT |
| Shaunden S Bish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 12, 2024 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |
| 15065033 | ++++ | AMERICAN CORADIUS INTERNATIONAL LLC, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International LLC, 35A Rust Lane, Boerne, TX 78006-8202 |
| 15065043 | + | Global Credit & Collection Corporation, 5440 N Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 15065047 | | Municipal Authority of Westmoreland, County, P.O. Box 800, Greensburg, PA 15601-0800 |
| 15065049 | + | Peoples Natural Gas Company LLC, ATTN: Dawn Lindner, 375 North shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 13 2024 08:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 03:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 13 2024 08:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 03:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 13 2024 08:20:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065034 | + | EDI: CITICORP | Nov 13 2024 08:20:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15084298 | + | EDI: COMCASTCBLCENT | Nov 13 2024 08:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15065035 | + | EDI: CAPITALONE.COM | Nov 13 2024 08:20:00 | Capital One, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15103310 | + | EDI: CITICORP | Nov 13 2024 08:20:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15065036 | + | Email/Text: mediamanagers@clientservices.com | Nov 13 2024 03:25:00 | Client Services Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15065037 | | EDI: COMCASTCBLCENT | Nov 13 2024 08:20:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15065038 | | EDI: WFNNB.COM | Nov 13 2024 08:20:00 | Comenity Bank, Bankruptcy Department, PO Box 182273, Columbus, OH 43218-2273 |
| 15065039 | + | EDI: WFNNB.COM | Nov 13 2024 08:20:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15069396 | | EDI: DISCOVER | Nov 13 2024 08:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15065040 | | EDI: DISCOVER | Nov 13 2024 08:20:00 | Discover Financial Services, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15065041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 13 2024 03:25:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15065042 | + | Email/Text: Banko@frontlineas.com | Nov 13 2024 03:26:00 | Frontline Asset Strategies, 2700 Snelling Ave. N, Suite 250, Saint Paul, MN 55113-1783 |
| 15065044 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2024 03:25:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15065046 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:38:45 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15160068 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:49:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15075894 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:49:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15695644 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 03:25:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15443135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 03:25:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15065045 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 13 2024 03:25:00 | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15100895 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 03:25:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15065048 | ^ | MEBN | Nov 13 2024 03:27:23 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 15318968 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 13 2024 03:26:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15065050 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2024 03:25:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15103335 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2024 03:25:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15065051 | | EDI: PRA.COM | Nov 13 2024 08:20:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, SUITE 1, Norfolk, VA 23541 |
| 15104419 | | EDI: PRA.COM | Nov 13 2024 08:20:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15097150 | + | Email/Text: ebnpeoples@grblaw.com | Nov 13 2024 03:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15099978 | | EDI: Q3G.COM | Nov 13 2024 08:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15065052 | + | Email/Text: ngisupport@radiusgs.com | Nov 13 2024 03:25:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15065053 | ^ | MEBN | Nov 13 2024 03:24:15 | Receivable Management Services LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |

Case 19-22277-GLT   Doc 160   Filed 11/14/24   Entered 11/15/24 00:38:35   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: 3180W | Total Noticed: 46 |

| 15524497 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| --- | --- | --- | --- | --- |
| | | | Nov 13 2024 03:25:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15065054 | | EDI: CITICORP | | |
| | | | Nov 13 2024 08:20:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15065055 | + | EDI: AISTMBL.COM | | |
| | | | Nov 13 2024 08:20:00 | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 15103566 | ^ | MEBN | | |
| | | | Nov 13 2024 03:28:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15065056 | | EDI: SYNC | | |
| | | | Nov 13 2024 08:20:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15065383 | ^ | MEBN | | |
| | | | Nov 13 2024 03:28:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15081223 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Nov 13 2024 03:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15065057 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Nov 13 2024 03:26:00 | West Penn Power, 76 S. Main Street, A-RPC, Akron, OH 44308-1890 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC. |
| 15104609 | | LAKEVIEW LOAN SERVICING LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 12, 2024 | Form ID: 3180W | Total Noticed: 46 |

        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com

Christopher A. DeNardo
        on behalf of Creditor Lakeview Loan Servicing LLC. logsecf@logs.com

Denise Carlon
        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

Justin P. Schantz
        on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us
colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Justin P. Schantz
        on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us
colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com

Roger Fay
        on behalf of Creditor Lakeview Loan Servicing LLC. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com

TOTAL: 12