IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/12/24 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
SHAUNDEN S BISH

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22277

Chapter 13

Related to Docket No. 147

## ORDER OF COURT

AND NOW, this 12th Day of November, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22277-GLT |
| Shaunden S Bish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 12, 2024 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |
| 15065033 | ++++ | AMERICAN CORADIUS INTERNATIONAL LLC, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International LLC, 35A Rust Lane, Boerne, TX 78006-8202 |
| 15065043 | + | Global Credit & Collection Corporation, 5440 N Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 15065047 | | Municipal Authority of Westmoreland, County, P.O. Box 800, Greensburg, PA 15601-0800 |
| 15065049 | + | Peoples Natural Gas Company LLC, ATTN: Dawn Lindner, 375 North shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2024 03:50:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:49:41 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15084298 | + | Email/Text: documentfiling@lciinc.com | Nov 13 2024 03:25:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15065035 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2024 03:37:55 | Capital One, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15103310 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:49:44 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15065036 | + | Email/Text: mediamanagers@clientservices.com | Nov 13 2024 03:25:00 | Client Services Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15065037 | | Email/Text: documentfiling@lciinc.com | Nov 13 2024 03:25:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 15065038 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2024 03:25:00 | Comenity Bank, Bankruptcy Department, PO Box 182273, Columbus, OH 43218-2273 |
| 15065039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2024 03:25:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15069396 | | Email/Text: mrdiscen@discover.com | Nov 13 2024 03:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15065040 | | Email/Text: mrdiscen@discover.com | Nov 13 2024 03:25:00 | Discover Financial Services, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15065041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 13 2024 03:25:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15065042 | + | Email/Text: Banko@frontlineas.com | Nov 13 2024 03:26:00 | Frontline Asset Strategies, 2700 Snelling Ave. N, Suite 250, Saint Paul, MN 55113-1783 |

Case 19-22277-GLT   Doc 161   Filed 11/14/24   Entered 11/15/24 00:38:35   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15065044 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2024 03:25:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15065046 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:37:55 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15160068 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:38:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15075894 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 03:38:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15695644 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 03:25:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15443135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 03:25:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15065045 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 13 2024 03:25:00 | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15100895 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 03:25:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15065048 | ^ | MEBN | Nov 13 2024 03:27:24 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 15318968 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 13 2024 03:26:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15065050 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2024 03:25:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15103335 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2024 03:25:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15065051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2024 03:49:42 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, SUITE 1, Norfolk, VA 23541 |
| 15104419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2024 03:38:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15097150 | + | Email/Text: ebnpeoples@grblaw.com | Nov 13 2024 03:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15099978 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 03:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15065052 | + | Email/Text: ngisupport@radiusgs.com | Nov 13 2024 03:25:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15065053 | ^ | MEBN | Nov 13 2024 03:24:16 | Receivable Management Services LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15524497 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 03:25:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15065054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 03:37:58 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15065055 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 13 2024 03:38:43 | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 15103566 | ^ | MEBN | Nov 13 2024 03:28:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15065056 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 03:38:15 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15065383 | ^ | MEBN | Nov 13 2024 03:28:04 | Synchrony Bank, c/o of PRA Receivables |

| Recip ID | | | |
|---|---|---|---|
| 15081223 | + Email/Text: bankruptcy@firstenergycorp.com | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | Nov 13 2024 03:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15065057 | Email/Text: bankruptcy@firstenergycorp.com | Nov 13 2024 03:26:00 | West Penn Power, 76 S. Main Street, A-RPC, Akron, OH 44308-1890 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC. |
| 15104609 | | LAKEVIEW LOAN SERVICING LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Justin P. Schantz | on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Justin P. Schantz | on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 12, 2024 | Form ID: pdf900 | Total Noticed: 44 |

    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Roger Fay
    on behalf of Creditor Lakeview Loan Servicing  LLC. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 12