**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Shaunden S Bish**
   Debtor(s)

Bankruptcy Case No.: 19−22277−GLT

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: November 18, 2024

Gregory L Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22277-GLT |
| Shaunden S Bish | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shaunden S Bish, 500 St. Thomas Place, Greensburg, PA 15601-6037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC. logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Justin P. Schantz | on behalf of Plaintiff Shaunden S Bish jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: 129 | Total Noticed: 1 |

Justin P. Schantz
    on behalf of Debtor Shaunden S Bish jschantz@my-lawyers.us
    colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;law
    careecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Roger Fay
    on behalf of Creditor Lakeview Loan Servicing  LLC. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 12